UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN YORMAK,

    Plaintiff,

v.                                                   Case No: 2:14-cv-660-FtM-38CM

SAM J. SAAD, III and LAW OFFICE
OF SAM J. SAAD III, P.A.,

    Defendants/Third
    Party Plaintiffs

AGATA YORMAK,

    Third Party Defendant.
_____/

**ORDER[1]**

This matter comes before the Court on review of the docket in this action. At the Preliminary Pretrial Conference held on February 17, 2015, the Court allowed Plaintiff twenty-one days to file a Second Amended Complaint and noted that the Parties will have to re-submit their case management report with new proposed dates. (Doc. #14). Now that Plaintiff has filed his Second Amended Complaint (Doc. #17), and Defendants have answered (Doc. #18), the Parties must re-submit their case management report with new proposed dates.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

The Parties shall re-submit their case management report with new proposed dates, in accordance with Local Rule 3.05(c)(2)(C), on or before **April 13, 2015.**

**DONE** and **ORDERED** in Fort Myers, Florida, this 30th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record