UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN YORMAK,

    Plaintiff,

v.                                            Case No: 2:14-cv-660-FtM-38CM

SAM J. SAAD, III and LAW
OFFICE OF SAM J. SAAD III,
P.A.,

    Defendants/Third
    Party Plaintiffs

AGATA YORMAK,

    Third Party Defendant.
_____/

## ORDER

This matter comes before the Court upon review of Plaintiff['s] Motion for Reconsideration of Magistrate Order of October 30, 2015 Based on Non-Service and Failure to Notify Plaintiff of Motion and for Sanctions Against the Defendants and/or their Counsel and Plaintiff['s] Motion for Protective Order (Doc. 27) filed on November 10, 2015 ("Motion for Reconsideration"). For the reasons that follow, Plaintiff's motion is due to be denied as moot.

On September 21, 2015, Defendants Sam J. Saad III and Law Office of Sam J. Saad III PA filed a Motion to Compel and for Sanctions wherein they sought to compel Rule 26 initial disclosures from Plaintiff. Doc. 24. Defendants' counsel certified that she filed the motion with the CM/ECF system and would also send the motion via e-mail and U.S. Mail to Plaintiff's address in London, Ontario. Doc. 24 at 4. On

October 30, 2015, the Court entered an order granting Defendants' motion to compel and denying without prejudice Defendants' request for attorney's fees. Doc. 26. On November 10, 2015, Plaintiff filed an Objection to Magistrate Order of October 30, 2015 Based on Non-Service and Failure to Notify Plaintiff of Motion and for Sanctions Against the Defendants and/or Their Counsel ("Objection"). Doc. 28. On the same day, Plaintiff filed the instant motion.

On November 24, 2015, Plaintiff filed a Notice of Withdrawal of Objection and Notice of Reconsideration to Magistrate order Dated October 30, 2015. Doc. 31. In his notice, Plaintiff states that Defendants admitted that they failed to serve Plaintiff and that the parties have resolved the issue of Rule 26 initial disclosures. Doc. 31 at 2-3. On November 25, 2015, Defendants filed their Notice of No Objection to Plaintiff's Notice of Withdrawal of Objection and Notice of Reconsideration of Magistrate Order Dated October 30, 2015. Doc. 30. Defendants state that the parties have agreed for Plaintiff to withdraw his Objection and Motion for Reconsideration in exchange for Defendants agreeing not to pursue sanctions against him. Doc. 30 at 2.

ACCORDINGLY, it is hereby

**ORDERED:**

1. In light of Plaintiff['s] Notice of Withdrawal of his Objection and Motion for Reconsideration (Doc. 31) and the parties' representations that they have resolved the issues of Rule 26 initial disclosures and sanctions, Plaintiff['s] Motion for Reconsideration of Magistrate Order of October 30, 2015 Based on Non-Service and

Failure to Notify Plaintiff of Motion and for Sanctions Against the Defendants and/or Their Counsel and Plaintiff['s] Motion for Protective Order (Doc. 27) filed on November 10, 2015 is **DENIED as moot**.

    **DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record