UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN YORMAK,

    Plaintiff,

v.                                               Case No:   2:14-cv-660-FtM-38CM

SAM J. SAAD, III and LAW
OFFICE OF SAM J. SAAD III,
P.A.,

    Defendants/Third
    Party Plaintiffs

AGATA YORMAK,

    Third Party Defendant.
_____/

## ORDER

This matter comes before the Court upon review of Unopposed Motion to Extend the Deadline for Mediation and to Substitute Mediators (Doc. 29) filed on November 25, 2015.   Pursuant to the Case Management and Scheduling Order, the parties were required to complete mediation by November 30, 2015 with Gary Larsen, Esq. as the mediator.   Doc. 23 at 1.   Defendants, Sam J. Saad, III and Law Office of Sam J. Saad III, P.A. state that due to the busy schedules of the parties, counsel, and the mediator, as well as discovery issues that have arisen in this matter, the parties were unable to identify an agreeable mediation date prior to November 30, 2015. Additionally, the selected mediator, Gary Larsen, Esq., had limited availability. Accordingly, the Defendants request an extension of the mediation deadline up to and including January 15, 2016.   The parties have already coordinated a mediation date

of January 15, 2016 with George H. Knott, Esq. Accordingly, they also request that the Court allow the parties to substitute George Knott, Esq. as mediator in lieu of Gary Larsen, Esq.  For good cause shown and because the motion is unopposed, the motion is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1.  Unopposed Motion to Extend the Deadline for Mediation and to Substitute Mediators (Doc. 29) is **GRANTED**.  The parties shall have up to and including January 15, 2015 to complete their mediation.  George Knott, Esq. is substituted as mediator in lieu of Gary Larsen, Esq.

**DONE** and **ORDERED** in Fort Myers, Florida on this 2nd day of December, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record